# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CHARLES W. HEARNE,                                    CASE NO. 05-115MJD/JGL
surviving husband of
MARTHA G. HEARNE,

                 Plaintiff,

vs.

MEDTRONIC, INC., a Minnesota
Corporation; MEDTRONIC AVE,
INC., a Delaware Corporation, and
a Division of MEDTRONIC, INC.,

                 Defendants.

### ORDER TO DISMISS CLAIMS WITH PREJUDICE AND WITHOUT COSTS

Based on the Stipulation of the Parties (Docket No. 20), and pursuant to Rule 41(a)(ii) of

the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that the above-entitled matter

is dismissed WITH PREJUDICE, with each party to bear its own costs.

Dated:  August 19, 2005          .            BY THE COURT:


                               s/ Michael J. Davis
                               The Honorable Michael J. Davis
                               United States District Court Judge
                               District of Minnesota